# FIRST DISTRICT COURT OF APPEAL
## STATE OF FLORIDA

———————————————

No. 1D2026-1537

———————————————

CHIDOZIE V. OKIKE,

    Petitioner,

v.

THE HONORABLE ANTHONY B.
MILLER, Circuit Judge, Second
Judicial Circuit, and ZOE KAMIL
BAKER,

    Respondents.

———————————————

Petition for Writ of Prohibition—Original Proceedings.


May 29, 2026


PER CURIAM.

    DENIED.

RAY, WINOKUR, and NEFF, JJ., concur.

———————————————

***Not final until disposition of any timely and authorized motion under Fla. R. App. P. 9.330 or 9.331.***

———————————————

Chidozie V. Okike, pro se, Petitioner.

No appearance for Respondents.